# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1705
_____

United States of America

*Plaintiff - Appellee*

v.

Ricky Shawn Bennett, also known as Shawn

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: June 27, 2024
Filed: July 2, 2024
[Unpublished]
_____

Before LOKEN, GRUENDER, and STRAS, Circuit Judges.
_____

PER CURIAM.

Ricky Bennett appeals after the district court[1] revoked his supervised release and sentenced him to a term above the advisory Sentencing Guidelines range. His

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

We conclude that the sentence was not an abuse of discretion. *See United States v. Valure*, 835 F.3d 789, 790 (8th Cir. 2016) (observing that the district court's revocation sentencing decisions are reviewed for an abuse of discretion). There is no indication that the district court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment. *See United States v. Larison*, 432 F.3d 921, 923 (8th Cir. 2006) (setting forth the considerations for the substantive reasonableness of a sentence); *see also United States v. Michels*, 49 F.4th 1146, 1148-49 (8th Cir. 2022) (concluding that a revocation sentence above the Guidelines range was not an abuse of discretion).

Accordingly, we grant counsel's motion to withdraw, and affirm the judgment.

_____